# United States District Court
## Southern District of Georgia

JTJWAN HALL

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV414-72

GREG McCONNELL, DETECTIVE
ROD TYREN, STATE ATTORNEY
GENERAL,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated July 14, 2014, adopting the Report and Recommendation of the Magistrate Judge as the opinion of this Court; dismissing this case. This action stands closed.

July 14, 2014
Date

Scott L. Poff
Clerk

(By) Deputy Clerk